1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSHUA SWINDELL,                    )    Case No. CV 08-811 CAS(JC)
                                    )
                  Petitioner,       )    JUDGMENT
                                    )
         v.                         )
                                    )
                                    )
JOHN MARSHALL,                      )
                                    )
                                    )
                  Respondent.       )
_____

         Pursuant to this Court's Order Adopting Findings, Conclusions and

Recommendations of United States Magistrate Judge,

         IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and

this action is dismissed with prejudice.


         DATED: March 2, 2011

                                    _____
                                    HONORABLE CHRISTINA A. SNYDER
                                    UNITED STATES DISTRICT JUDGE